*IT IS SO ORDERED AS MODIFIED*

*Judge James Ware*

3/31/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUPE SUBEGA,

        Plaintiff,

  vs.

INTEL CORPORATION,

        Defendant.

No. CV-10-05025 JW

**STIPULATED REQUEST FOR LEAVE TO AMEND COMPLAINT AND [PROPOSED] ORDER**

**STIPULATION**

This stipulated request is entered into by and among Plaintiff Lupe Subega ("Plaintiff") and Defendant Intel Corporation ("Defendant"), by and through their respective counsel of record.

WHEREAS, Plaintiff filed a First Amended Complaint on March 3, 2011 alleging (1) violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* for failure to pay overtime, (2) violation of the FLSA for failure to pay minimum wage, (3) violation of California law for failing to pay overtime, (4) failure to pay wages upon termination in violation of the California Labor Code, (5) failure to provide accurate wage statements under the California Labor Code, and (6) violation of the Unfair Competition Law, Cal. Bus. & Prof. Code § 17200. Plaintiff served the First Amended Complaint on Defendant on March 7, 2011.

WHEREAS, within Plaintiff's First Amended Complaint, Plaintiff seeks injunctive relief.

WHEREAS, within Plaintiff's claim for Unfair Competition under Business and Professions Code § 17200, Plaintiff seeks recovery of, among other things, liquidated damages and penalties.

WHEREAS, the parties have met and conferred concerning Plaintiff's prayers for injunctive relief and, within her § 17200 claim, liquidated damages and penalties.

WHEREAS, in order to conserve judicial resources, avoid a Motion to Strike, and to resolve the issue, Plaintiff has agreed to drop her requests for (a) injunctive relief, and (b) liquidated damages and penalties within her Section 17200 claim.

Case No. CV-10-05025 JW                                    STIPULATION TO AMEND COMPLAINT

1         The parties, through their counsel of record, do hereby stipulate and respectfully request that this Court order as follows:

        1. Plaintiff shall have 10 days from the date of the Order on this Stipulation to file a Second Amended complaint that drops any prayer for injunctive relief and drops any prayer for liquidated damages or penalties under the claim under Section 17200.

        2. Defendant shall have 10 days from the date Plaintiff files her Second Amended Complaint – to respond to Plaintiff's operative complaint herein.

        3. Defendant shall not respond at all to Plaintiff's First Amended Complaint unless the Court does not grant leave to file a Second Amended Complaint pursuant to this Stipulation.

DATED:  March 28, 2011        SUNDEEN SALINAS & PYLE

By:    /s/ Robert Salinas
            ROBERT SALINAS

Attorneys for Plaintiff
LUPE SUBEGA

DATED:  March 28, 2011        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:    /s/ E. Jeffrey Grube
            E. JEFFREY GRUBE

Attorneys for Defendant
INTEL CORPORATION

Case No. CV-10-05025 JW        STIPULATION TO AMEND COMPLAINT

## ORDER OF THE COURT

GOOD CAUSE appearing, it is HEREBY ORDERED that:

1. Plaintiff shall have 10 days from the date of the Order on this Stipulation to file a Second Amended complaint that drops any prayer for injunctive relief and drops any prayer for liquidated damages or penalties under the claim under Section 17200.

2. Defendant shall have 10 days from the date Plaintiff files her Second Amended Complaint – to respond to Plaintiff's operative complaint herein.

3. Defendant shall not respond at all to Plaintiff's First Amended Complaint unless the Court does not grant leave to file a Second Amended Complaint pursuant to this Stipulation.

4. On or before **April 4, 2011,** Plaintiff shall file her Amended Complaint as a separate docket entry.

Dated: March 31, 2011

The Honorable JAMES WARE
United States District Court Chief Judge

Case No. CV-10-05025 JW                                    STIPULATION TO AMEND COMPLAINT