IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lupe Subega, | NO. C 10-05025 JW |
|         Plaintiff, | **ORDER SETTING EXPEDITED BRIEFING SCHEDULE** |
|   v. | |
| Intel Corp., | |
|         Defendant. | |

Presently before the Court is Plaintiff's Motion to Exercise Supplemental Jurisdiction and to Consolidate Cases.[1] Plaintiff moves the Court to exercise supplemental jurisdiction and consolidate the cases <u>Lupe Subega v. Intel Corp.</u>, No. C 10-05025 JW, and <u>Lupe Subega v. Intel Corp.</u>, No. C 11-0722 JW. (<u>Id.</u> at 1-3.) Defendant has not yet filed an Opposition to the Motion.

Based on the papers submitted to date and the Court's own availability, the Court finds good cause to set an expedited briefing schedule. Accordingly, on or before **April 7, 2011**, Defendant shall file its Opposition to Plaintiff's Motion to Exercise Supplemental Jurisdiction and to Consolidate Cases.

Dated: April 4, 2011

                                                                JAMES WARE
                                                                United States District Chief Judge

---

[1] (Notice of Motion and Motion to Exercise Supplemental Jurisdictin [sic] and to Consolidate Cases, hereafter, "Motion," Docket Item No. 12.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

E. Jeffrey Grube jeffgrube@paulhastings.com
Hunter Pyle hpyle@ssrplaw.com
Jorge Aguilar jaguilar@ssrplaw.com
Pamela Kong pkong@ssrplaw.com
Robert Anthony Salinas b_salinas@yahoo.com

**Dated: April 4, 2011**            **Richard W. Wieking, Clerk**

                        **By:    /s/ JW Chambers            **
                            **Elizabeth Garcia**
                            **Courtroom Deputy**