(Counsel for the parties listed on next page)

DENIED

*[signature]* Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE SUBEGA, | No. 5:10-cv-05025 EJD |
| Plaintiff, | |
| vs. | |
| INTEL CORPORATION, | |
| Defendant. | |

| | |
|---|---|
| LUPE SUBEGA, | No. 5:11-cv-00722 EJD |
| Plaintiff, | **JOINT STIPULATION TO CONSOLIDATE** |
| vs. | |
| INTEL CORPORATION, | |
| Defendant. | |

1    E. JEFFREY GRUBE (SB# 167324)
     jeffgrube@paulhastings.com
2    BRITTANY F. STEVENS (SB# 268094)
     brittanystevens@paulhastings.com
3    PAUL, HASTINGS, JANOFSKY & WALKER LLP
     55 Second Street
4    Twenty-Fourth Floor
     San Francisco, CA  94105-3441
5    Telephone:  (415) 856-7000
     Facsimile:   (415) 856-7100
6
     Attorneys for Defendant
7    INTEL CORPORATION

8

9

10
     ROBERT SALINAS (SB# 184260)
11   bob@ssrplaw.com
     PAMELA KONG (SB# 220912)
12   pkong@ssrplaw.com
     JORGE AGUILAR II (SB# 238111)
13   jaguilar@ssrplaw.com
     SUNDEEN SALINAS & PYLE
14   428 13th Street, 8th Floor
     Oakland, California  94612
15   Telephone:  (510) 663-9240
     Facsimile:   (510) 663-9241
16

17
     ADAM ALLEN ARANT (SB# 250078)
18   aaa@arantlaw.com
     THE LAW OFFICES OF ADAM A. ARANT
19   39111 Paseo Padre Parkway, Suite 203
     Fremont, California  94538
20   Telephone:  (510) 764-1544
     Facsimile:   (510) 896-8424
21
     Attorney for Plaintiff
22   LUPE SUBEGA

23

24

25

26

27

28

Case No. 5:10-cv-05025 EJD          -1-          JOINT STIPULATION TO CONSOLIDATE
Case No. 5:11-cv-00722 EJD

**STIPULATION AND PROPOSED ORDER**

This Stipulation is entered into by and between Lupe Subega and Intel Corporation.

WHEREAS, on November 5, 2010, Plaintiff Lupe Subega filed a complaint against Intel Corporation (*Lupe Subega v. Intel Corporation,* Case No. 5:10-cv-05025-EJD) ("Subega I"), which has been amended twice.  The operative Second Amended Complaint in Subega I, filed on April 4, 2011, asserts wage-and-hour claims under California and federal law, alleging that Intel failed to pay Plaintiff for all hours that she worked while she was employed with Intel.

WHEREAS, on February 16, 2011, Plaintiff Lupe Subega filed a second complaint against Intel Corporation (*Lupe Subega v. Intel Corporation,* Case No. 5:11-cv-00722-EJD) (Subega II"), which has been amended once.  The operative First Amended Complaint in Subega II, filed on April 8, 2011, asserts retaliation, wrongful termination, and penalties claims under California and federal law, alleging that Intel terminated Plaintiff's employment because she complained to Intel that it failed to pay her for all hours that she worked.

WHEREAS, the parties agree that (a) the claims in both cases are related to the same incidents and events and may require the determination of similar questions of law or fact, (b) the cases are likely to require substantial duplication of judicial resources if not consolidated, (c) and consolidation will promote the interests of justice and efficiency.

NOW THEREFORE, it is hereby stipulated and agreed by all parties to these actions, by and through their undersigned counsel, that

1. The later-filed case of *Lupe Subega v. Intel Corporation*, Case No. 5:11-cv-00722-EJD be consolidated with *Lupe Subega v. Intel Corporation*, Case No. 5:10-cv-05025-EJD;

2. Intel is not hereby agreeing that Plaintiff's claims relate back to the earliest filing or waiving any defenses based on the timeliness of Plaintiff's claims or any other defenses;

3. Plaintiff shall file a Third Amended Complaint in the consolidated action that is agreed upon by the parties and combines, without amendment or supplementation, the claims asserted in the operative complaints in Subega I and Subega II; and

4. Intel shall have 21 days after service of the Third Amended Complaint to answer or otherwise respond to the Third Amended Complaint.

IT IS SO STIPULATED.


DATED:  August 16, 2011          E. JEFFREY GRUBE
                                 BRITTANY F. STEVENS
                                 PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                 By:____/s/_____E. Jeffrey Grube_____
                                          E. JEFFREY GRUBE

                                 Attorneys for Defendant
                                 INTEL CORPORATION

DATED:  August 16, 2011          ROBERT SALINAS
                                 PAMELA KONG
                                 JORGE AGUILAR II
                                 SUNDEEN SALINAS & PYLE

                                 ADAM ALLEN ARANT
                                 LAW OFFICES OF ADAM ALLEN ARANT


                                 By:____/s/_____Pamela Kong_____
                                          PAMELA KONG

                                 Attorneys for Plaintiff
                                 LUPE SUBEGA


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date: _____          _____
                                          Hon. Edward J. Davila