IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUPE SUBEGA,<br><br>    Plaintiff(s),<br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant(s).<br>_____/ | NO. 5:10-cv-05025 EJD<br>NO. 5:11-cv-00722 EJD<br><br>**ORDER COORDINATING HEARING DATES** |

In light of the jurisdictional issues raised in Defendant Intel Corporation's ("Defendant") Motion to Dismiss (Docket Item No. 9 in Case No. 5:11-cv-00722 EJD), the court finds it necessary to decide the issue on the merits rather than through stipulation of the parties.  Moreover, as a decision on the jurisdictional issue may be dispositive of Plaintiff Lupe Subega's ("Plainitff") Motion to Consolidate (Docket Item No. 12 in Case No. 5:10-cv-05025 EJD), the court further finds the two motions should be coordinated for hearing.  Accordingly, the court orders as follows:

1. The hearing on Plaintiff's pending Motion to Consolidate in Case No. 5:10-cv-05025 EJD shall be continued from September 9, 2011, to October 7, 2011, at 9:00 a.m. Defendant's pending Motion to Dismiss in Case No. 5:11-cv-00722 EJD is also scheduled for hearing on that same date and time.

2. Briefing on the Motion to Consolidate is complete.  For the Motion to Dismiss, Plaintiff shall file its opposition on or before September 16, 2011.  Defendant shall its reply on or before September 23, 2011.

3. The court also sets a Case Management Conference in both cases for October 7, 2011, at 10:00 a.m.  The parties shall file a Joint Case Management Statement on or before September 30, 2011.

**IT IS SO ORDERED.**

Dated:  August 19, 2011

EDWARD J. DAVILA
United States District Judge

1

NO. 5:10-cv-05025 EJD; NO. 5:11-cv-00722 EJD
ORDER COORDINATING HEARING DATES

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jorge Aguilar, II jaguilar@ssrplaw.com
Adam Allen Arant aaa@arantlaw.com
E. Jeffrey Grube jeffgrube@paulhastings.com
Pamela Kong pkong@ssrplaw.com
Hunter Pyle hpyle@ssrplaw.com
Robert Anthony Salinas b_salinas@yahoo.com
Brittany French Stevens brittanystevens@paulhastings.com


Dated:  August 19, 2011                           Richard W. Wieking, Clerk


                                                  By:      /s/ EJD Chambers
                                                        Elizabeth Garcia
                                                        Courtroom Deputy